UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID CAPELES,

        Plaintiff,                       Case No. 06-13616

v.                                     District Judge John Corbett O'Meara
                                              Magistrate Judge R. Steven Whalen

MDOC, et al.,

        Defendants.
_____/

**ORDER**

Before the Court are Defendant's Motion for Protective Order [Docket #19], Plaintiff's Motion for Appointment of Counsel [Docket #23] and Plaintiff''s Request for Investigation [Docket #21].

On January 19, 2006, Plaintiff died. Defendants filed and properly served a Suggestion of Death, pursuant to Federal Rule of Civil Procedure Rule 25(a)(1), and on August 28, 2007, the undersigned filed a Report and Recommendation that the case be dismissed. Accordingly,

    Defendant's Motion for Protective Order [Docket #19] is DENIED.

    Plaintiff's Motion for Appointment of Counsel [Docket #23] is DENIED.

    Plaintiff's Request for Investigation [Docket #21] is DENIED.

    SO ORDERED.

S/R. Steven Whalen
                                R. STEVEN WHALEN
                                UNITED STATES MAGISTRATE JUDGE

Dated: August 29, 2007

                        CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys
and/or parties of record by electronic means or U.S. Mail on August 29, 2007.


                                S/G. Wilson
                                Judicial Assistant